UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62262-Civ-Marra/Matthewman

DWIGHT REED,

        Plaintiff,

vs.

NE 2ND AVENUE, LLC,

        Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL INSPECTION OF PREMISES AND FOR ATTORNEYS' FEES DUE TO FAILURE TO RESPOND TO DISCOVERY [DE 14]

THIS CAUSE is before the Court upon Plaintiff, Dwight Reed's ("Plaintiff"), Motion to Compel Inspection of Premises and for Attorneys' Fees Due to Failure to Respond to Discovery [DE 14]. This matter was referred to the undersigned United States Magistrate Judge by United States District Judge Kenneth A. Marra, upon an Order referring all discovery to the undersigned for final disposition. *See* DE 11. The time for filing a response has passed, and the matter is now ripe for review and disposition.

In the motion to compel, Plaintiff contends that he properly served Defendant, NE 2nd Avenue, LLC ("Defendant"), on January 9, 2013, with his Request to Enter Land Pursuant to Rule 34 and that the inspection was scheduled to take place on February 13, 2013. [DE 14]. On February 12, 2013, Plaintiff's counsel agreed, pursuant to Defendant's request, to postpone the inspection to the following week. *Id.* Defendant's counsel then failed to timely provide Plaintiff's counsel with a new date for the inspection. *Id.* In his motion, Plaintiff requests that the Court compel the inspection and award Plaintiff attorney's fees. *Id.*

1

After reviewing the motion, the Court entered an Order requiring the Defendant to respond to the motion by March 5, 2013, and scheduling a hearing on the matter. *See* DE 16. Defendant never responded. The Court held a hearing on Plaintiff's motion on March 8, 2013. Defendant's counsel failed to appear at the hearing. Plaintiff's counsel represented to the Court that defense counsel recently volunteered to schedule the inspection for March 26, 2012, or March 28, 2012, but Plaintiff's counsel requested that the Court compel an earlier date.

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** that

1. Plaintiff's Motion to Compel Inspection of Premises and for Attorneys' Fees Due to Failure to Respond to Discovery [DE 14] is **GRANTED**.
2. The inspection shall take place at **2:00 p.m. on March 12, 2013**. Defendant shall make itself available at that date and time.
3. Plaintiff's request for sanctions in the form of attorney's fees and costs is **GRANTED**. Plaintiff shall file, within **10 days** from the date of this order, an affidavit concerning his expenditure of reasonable attorney's fees and costs incurred in bringing the motion to compel. Defendant shall have **5 days** from the filing of Plaintiff's affidavit to file a response to the amount of attorney's fees and costs claimed by Plaintiff. The Court will then enter a subsequent order as to the amount of attorney's fees and costs to be awarded.
4. If Defendant fails to comply with the terms of this Order, the undersigned will consider imposing additional sanctions against Defendant.

**DONE AND ORDERED** in Chambers this 8th day of March, 2013 at West Palm Beach, Palm Beach County, in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE